**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NATHAN BROOKS, et al.,
          Plaintiffs

    V.

HALSTED COMMUNICATIONS, LT,L
          Defendants

CIVIL ACTION

NO.  07-30164-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE PONSOR

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On_____ I held the following ADR proceeding:

    __ SCREENING CONFERENCE    __ EARLY NEUTRAL EVALUATION
    __ MEDIATION    __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL    __ FOLLOWUP CONFERENCE

[ ]    All parties were represented by counsel.

[ ]    The parties were present for mediation in person, by telephone or by authorized corporate officer or representative.

    The case was:

[ ]    Settled.  A____ day order of dismissal has been entered by the court.

[ ]    There was progress. _____

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your schedule.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____


November 25, 2009                        /s/ Kenneth P. Neiman
DATE                                        ADR Provider

                                                      KENNETH P. NEIMAN, U.S. Magistrate Judge