UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

(WESTERN DIVISION)

| | |
|---|---|
| NATHAN BROOKS, LARRY BARTLETT, MICHAEL LEMIEUX, EDUARDO ARANGO, RADOSLAW RUDSKI, and ARMAND GAMACHE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HALSTED COMMUNICATIONS, LTD, HALSTED COMMUNICATIONS LLC, and KIRK HALSTED,<br><br>Defendants. | C.A. No. 07-CV-30164-MAP<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ERIC SPRINGER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

I, ERIC SPRINGER, hereby declare:

1. I am employed as a Case Manager by Simpluris, Inc. ("Simpluris") the claims administrator in the above-entitled action. My business address is 1485 S. Semoran Blvd., Suite 6-1401, Winter Park, FL 32792. My telephone number is (714) 640-5633. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

1

2. Simpluris, Inc. is a Class Action Settlement Administration company headquartered in Costa Mesa, CA. It was founded by individuals who have each managed hundreds of settlements, along with professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

3. Simpluris was engaged by Counsel for the Class Representatives ("Plaintiffs"), and Counsel for Defendants, Halsted Communications, LTD, Halsted Communications LLC, and Kirk Halsted., (collectively the "Parties"), to provide settlement administration services in the matter of Nathan Brooks, et al. v. Halsted Communications, LTD, et al. ("Settlement"). Simpluris's duties and responsibilities include: a) printing and mailing of Notice of Class Action Settlement and Settlement Hearing ("Notice"); b) performing skip traces on Notices returned as undeliverable; c) receipt and validation of any Opt-Out requests; d) calculation of Settlement Beneficiaries' Settlement Awards; e) mailing of all Settlement Beneficiaries' settlement checks and will also include tax-reporting following final approval; f) answering questions from class members.

4. On March 23, 2010, Simpluris received from Plaintiffs' Counsel the final court-approved Notice is attached hereto as Exhibit "A". The Notice advised Class Members they could submit an objection, opt-out of the Consent Decree, or dispute their dates of employment and state(s) in which they worked on or before May 20, 2010.

5. A toll-free telephone number was included in the Class Notice for the purpose of allowing the Class Members to call Simpluris and to make inquiries regarding the Settlement. The toll-free telephone number included in the Class Notice was 1-888-369-6079.

6. On March 29, 2010, Class Counsel provided Simpluris with a mailing list ("Class List") containing 2,832 valid Class Member names, last known addresses, state worked, and the hire and termination dates worked during the class period. The list contained 1,106 Class Member Social Security Numbers. On May 18, 2010, Simpluris received all but 2 of the missing Social Security Numbers which could not be located by Defendant. Simpluris is currently working on contacting the 2 Class Members to obtain the missing information for disbursement purposes following final approval.

7. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In

Declaration of Eric Springer In Support of Motion for Final Approval of Class Action Settlement

the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Notice Packets.

8. On April 2, 2010, Notice Packets were mailed to 2,832 Class Members contained in the Class List via First Class mail. The Notice contained a good faith estimate of each Class Member's Settlement Award amount, the state(s) in which they worked, and the dates of employment reflected in the Defendant's records which was used to calculate that amount.

9. As of this date, 619 Notices were returned by the post office. For those without forwarding addresses, Simpluris performed a skip trace on all of these addresses by using Accurint (LexisNexis ® Company), which based on my experience is one of the most comprehensive databases available. For each Notice Packet returned, Simpluris utilized the Class Member's name, previous address and Social Security Number for locating a current address. Simpluris re-mailed 470 Notice Packets to either a newfound addresses, a forwarding addresses provided by the United States Postal Service, or at the request of the Class Member. Ultimately, 72 Notice Packets were undeliverable because Simpluris was unable to find a better address. Simpluris has diligently utilized all reasonable means to locate a better address for the undeliverable notice packets for each of these Class Members.

10. Class Counsel has provided an additional 4 Class Members that were inadvertently missing from the initial class list. Thus, the total number of Class Members to whom Notices were mailed is 2,836.

11. As of this date, 0 objections to the settlement were received by Simpluris.

12. As of this date, 1 opt-out has been received by Simpluris. The 1 valid and timely opt-out represents 0.04% of the entire Settlement Class.

13. As of this date, 11 of the 2,836 Class Members disputed their employment information printed on their Notice. Simpluris is currently working with Counsel for the Parties on curing the outstanding disputes.

14. The most current weekly report dated May 25, 2010 is attached hereto as Exhibit "B".

15. The estimated Settlement Fund Breakdown is listed below and is attached as Exhibit "C". The unclaimed funds that are to be paid to a cy press award may change depending on the outcome of the outstanding disputes.

**Declaration of Eric Springer In Support of Motion for Final Approval of Class Action Settlement**

| | | |
|---|---|---|
| Settlement Amount: | | $ 2,900,000.00 |
| Less claims administration | - | 30,000.00 |
| Less incentive awards: | - | 80,000.00 |
| Less proposed attorneys' fees: | - | 966,666.66 |
| Less proposed attorneys' costs: | - | 34,687.00 |
| **Net Settlement Amount**: | | **$1,788,646.34** |
| | | |
| MA & NY 10% class members' claimed amount: | - | $ 171,237.75 |
| FLSA, MA, & NY 90% class members' claimed amount: | - | 1,543,930.41 |
| **Total Claimed Amount:** | - | **$1,767,232.59** |
| | | |
| Opt-out member's settlement amount: | - | 1,100.75 |
| Undeliverable members' settlement amount: | - | 52,064.41 |
| Reduction in attorneys' fees: | - | 20,313.00 |
| **Balance:** | | **$     0** |

15.  With regard to Simpluris' invoice for services in connection with the administration of the settlement, Simpluris originally bid its services at $34,090.00; however, following negotiations with counsel for the Parties, reduced its bid to a flat-fee of $30,000.00. Simpluris' work in connection with this matter will continue with the calculation of the settlement checks, issuance and mailing of those settlement checks, etc., and to do the necessary tax reporting on such payments.

I declare under penalty of perjury under the laws of the United States and the State of Massachusetts that the foregoing is true and correct and that this declaration was executed on May 26, 2010 at Winter Park, Florida.

_____
ERIC SPRINGER

**Declaration of Eric Springer In Support of Motion for Final Approval of Class Action Settlement**