# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATHAN BROOKS, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-30164-MAP |
| | ) | |
| HALSTED COMMUNICATION, LTD, ET AL., | ) ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiffs, against the defendant, pursuant to the court's endorsed order entered this date, granting plaintiffs motion for final approval of the settlement and an award of attorneys' fees and costs.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: June 3, 2010          By  /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
[jgm.]